Jamil L. White (SBN: 244028)
Andrey R. Yurtsan (SBN: 294760)
LOUIS | WHITE PC
1851 Heritage Lane, Suite 148
Sacramento, CA 95819
Telephone:     (877) 992-5291
Facsimile:      (916) 274-4631
info@louiswhitelaw.com

Attorneys for Plaintiffs
LARRY J. TRIGUEIRO and
LINDA S. TRIGUEIRO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA—SACRAMENTO DIVISION

| | |
|---|---|
| LARRY J. TRIGUEIRO, an individual; and LINDA S. TRIGUEIRO, an individual,<br><br>　　　　　　Plaintiffs,<br>vs.<br><br>BANK OF AMERICA, N.A., a national banking association and the successor-by-merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing LP;  NATIONSTAR MORTGAGE LLC, a business entity; U.S. BANK, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO WACHOVIA BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF BANC OF AMERICA FUNDING CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-F; a business entity; SAGE POINT LENDER SERVICES, LLC, a business entity; and DOES 1-50; inclusive,<br><br>　　　　　　Defendants. | CASE NO.: 2:14-cv-02556-MCE-EFB<br><br>Hon. Morrison C. England, Jr.<br>Courtroom 7<br><br>**ORDER RE: STIPULATION FOR VOLUNTARY DISMISSAL** |

1
2        In accordance with the parties' Stipulation for Voluntary Dismissal filed on February 24,
3    2017, and good cause appearing, this case is hereby dismissed, with prejudice, each side to bear
4    its own costs and attorneys' fees.  The matter having now been concluded in its entirety, the Clerk
5    of Court is directed to close the file.
6        IT IS SO ORDERED.
7    Dated:  February 27, 2017
8
9                                    MORRISON C. ENGLAND, JR
                                UNITED STATES DISTRICT JUDGE